**Order entered May 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00435-CV

## MY VACATION EUROPE, INC., Appellant

### V.

## CONNIE SIGEL, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-13-06937-E**

## ORDER

Pending before the Court are (1) appellant's April 11, 2014 motion to stay proceedings pending resolution of accelerated appeal; (2) appellee's April 16, 2014 letter request for additional time to file response to motion to stay; and (3) the court reporter's April 18, 2014 motion for extension of time to file the record. Because appellee has filed her response, we **DENY** her request as moot and, because the reporter has filed the record, we also **DENY** as moot the reporter's motion. Based on the posture of the case, we **DENY** appellant's motion to stay.

/s/     ELIZABETH LANG-MIERS
            JUSTICE